UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
KATRIN A. MORGAN,

                Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
----------------------------------------------------------X

20 CIVIL 7124 (NSR)(PED)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 9, 2022, MJ Davison's R&R is adopted in its entirety. Plaintiff's motion for judgment on the pleadings is DENIED, and the Commissioner's cross-motion is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
        March 9, 2022

                                                      RUBY J. KRAJICK
                                                      Clerk of Court
                          BY:
                                                        Deputy Clerk